IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY MARTIN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALAN TURNER, ET AL. | : | NO. 10-1874 |

## ORDER

**AND NOW**, this 18th day of February, 2011, upon consideration of Defendants' Motion to Disqualify Plaintiff's Counsel (Docket No. 17), and all documents submitted in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.